# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:14-cv-00302-RJC

| | |
|---|---|
| MICHELLE GRINDSTAFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, filed on June 1, 2016. (Doc. No. 20). Defendant has responded that she has no objection to the requested fees. (Doc. No. 22). Having reviewed the Motion, supporting materials, memorandum in support, and the case file, the Court determines that Plaintiff should be awarded attorney's fees under EAJA, 28 U.S.C. § 2412(d), in the amount of $3,676.88.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 20), is **GRANTED**. The Court will award attorney's fees in the amount of $3,676.88, and pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an assignment of EAJA fees, and pay

those fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: June 24, 2016

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge